# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE CHARLES BENJAMIN, JR., : | |
| : | Civil No. 3:19-cv-0126 |
| Petitioner : | |
| : | (Judge Munley) |
| v. : | |
| : | |
| DR. RICHARD MARSH, SUPT., *et al*, : | |
| : | |
| Respondents : | |

## ORDER

AND NOW, to wit, this 28th day of May 2019, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to CLOSE this case.

**BY THE COURT:**

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**